# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TAYLOR PACKWOOD AND ANDREA WOOD,<br><br>Plaintiffs,<br><br>v.<br><br>CONTRA COSTA COUNTY, ET. AL.,<br><br>Defendants. | Case No. 3:22-CV-00219-ART-CLB<br><br>**ORDER GRANTING MOTION FOR PRO SE LITIGANT TO FILE ELECTRONICALLY**<br><br>[ECF No. 36] |

Plaintiffs Taylor Packwood and Andrea Wood's joint motion for permission to file electronically, (ECF No. 36), is **GRANTED**. For Plaintiffs to file documents electronically, they are each required to separately register and maintain a CM/ECF account which can be found on the court's website (www.nvd.uscourts.gov) under the Self Help/E-Filing Permission link. Plaintiffs shall each also complete the CM/ECF tutorial and become familiar with the Electronic Filing Procedures, Best Practices and the Civil Events Menu that are accessible on the website. Plaintiffs are instructed that this order granting them permission to file on CM/ECF is applicable only to this case.

**IT IS SO ORDERED.**

DATED: December 27, 2022.

_____
UNITED STATES MAGISTRATE JUDGE